UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Patricia Fox
                                Plaintiff,

v.                                                  Case No.: 1:12–cv–09350
                                                       Honorable Matthew F. Kennelly

Prime Group Realty Trust, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 20, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 2/20/2015. The deadline for opting out is set for 4/20/2015. Final Fairness hearing is set for 5/26/2015 at 9:30 AM. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.